# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | | |
|---|---|---|
| RICHARD KITTS | ) | |
| Plaintiff | ) | NO. 3:22-cv-00366 |
| v. | ) | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA | ) | |
| Defendant | ) | |

## JOINT STIPULATION OF DISMISSAL

The parties announce to the Court that all claims pending in this action have been compromised and settled. Each party is to bear its own costs and attorney's fees, and no costs, expenses, or fees are sought. Therefore, the parties stipulate that this entire case be dismissed, with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

Respectfully submitted,

**CODY ALLISON & ASSOCIATES, PLLC**

By: /s/ Andrew M. Hickman w/perm MKB
K. Cody Allison, BPR No. 020623
Samuel D. Payne, BPR No. 019211
Andrew M. Hickman, BPR 037331
Cavalier Building
95 White Bridge Road, Ste. #250
Nashville, TN 37205
(615) 234-6000
cody@codyallison.com
sam@codyallison.com
drew@codyallison.com
*Attorneys for Plaintiff*

**ROBINSON, SMITH & WELLS, PLLC**

By: Marcie K. Bradley
Marcie K. Bradley, #028222
700 Republic Centre
633 Chestnut Street
Chattanooga, TN 37450
(423) 665-9529
mbradley@rswlaw.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

        I hereby certify that on this the 10th day of August, 2022, it is anticipated that a true and exact copy of the foregoing will be served via the Court's CM/ECF system on:

Marcie K. Bradley, Esq.
633 Chestnut Street, Suite 700
Chattanooga, TN 37450
(423) 665-9529
mbradley@rswlaw.com

                                       /s/ *Andrew M. Hickman*
                                       Andrew M. Hickman